**Priority Send**
**cc: PSA, USM**

**ENTERED JS-3**

THOMAS P. O'BRIEN
United States Attorney
SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office
SEAN K. LOKEY
Assistant United States Attorney
(Cal. State Bar No. 211373)
    3880 Lemon Street
    Suite 210
    Riverside, California 92501
    Telephone: 951-276-6926
    Facsimile: 951-276-6202/6237
    Email: sean.lokey@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALFREDO JUAREZ EQUIHUA,<br><br>        Defendant. | No. ED CR 07-00177-SGL<br><br>ORDER Re: GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS AGAINST DEFENDANT ALFREDO JUAREZ EQUIHUA PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

O R D E R

Plaintiff United States of America's motion is granted. The indictment in this matter, Case ED CR 07-177-SGL, is dismissed as to defendant ALFREDO JUAREZ EQUIHUA.

DATE:    January 16, 2008

HON. STEPHEN G. LARSON
United States District Judge